IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

IN RE: LIVING HOPE SOUTHWEST
MEDICAL SERVICES, LLC.                                              CASE NO. 4:06-BK-71484

PILLAR CAPITAL HOLDINGS, LLC                                                     APPELLANT

VS.                                     CASE NO. 4:11-CV-04043

RENEE S. WILLIAMS                                                                     APPELLEE

## ORDER

    Before the Court is an appeal from the March 12, 2011 Order of the United States Bankruptcy Court for the Western District of Arkansas.[1] For the reasons discussed in the Opinion of even date, the Court finds the Bankruptcy Court's Order should be and hereby is **AFFIRMED**.

    **IT IS SO ORDERED**, this 30th day of March, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge

---

[1] The Honorable James G. Mixon, Chief Judge, United States Bankruptcy Judge for the Western District of Arkansas.